

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00827-CV

**PT INTERMEDIATE HOLDING, INC.** and Personal Touch Holding Corp.,
Appellants

v.

**LMS CONSULTING, LLC**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-00450
Honorable Peter Sakai, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's memorandum opinion of this date, the trial court's orders denying the special appearances of Appellants Personal Touch Holding Corp. and PT Intermediate Holding, Inc., are AFFIRMED. It is ORDERED that Appellee LMS Consulting, LLC, recover its costs of appeal from Appellants Personal Touch Holding Corp. and PT Intermediate Holding, Inc.

SIGNED September 16, 2015.

_____
Karen Angelini, Justice